| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>BRIMMER, CLARENCE A. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT OF WYOMING | 3. Date of Report<br><br>12/18/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge - Senior Status | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☐ Annual   ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>07/09/2013 |
| 7. Chambers or Office Address<br><br>Room 2603<br>2120 Capitol Ave<br>Cheyenne, WY 82001 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 12/18/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BRIMMER, CLARENCE A.** | 12/18/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of the West | Line of credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 12/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Century Link Inc | A | Dividend | J | T | | | | | |
| 2. Chevron Corporation | D | Dividend | M | T | | | | | |
| 3. Energy Transfer Partners LP | A | Dividend | J | T | | | | | |
| 4. Exxon Mobil Corp | D | Dividend | M | T | | | | | |
| 5. General Elecric Co | A | Dividend | J | T | | | | | |
| 6. International Business Machines Corp | A | Dividend | K | T | | | | | |
| 7. Keycorp New | A | Dividend | K | T | | | | | |
| 8. Microsoft Corp | A | Dividend | J | T | | | | | |
| 9. Suncoke Energy Inc | A | Dividend | J | T | | | | | |
| 10. Tuffnell Ltd | A | Dividend | J | T | | | | | |
| 11. BP P L C Sponsored ADR | B | Dividend | K | T | | | | | |
| 12. Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 13. Sandspring Resources Ltd | A | Dividend | J | T | | | | | |
| 14. Schlumberger Ltd | A | Dividend | J | T | | | | | |
| 15. Xtierra Inc | A | Dividend | J | T | | | | | |
| 16. Lost Soldier Field (Mineral Interest Sweetwater County, WY) | G | Royalty | N | W | | | | | |
| 17. South Baggs Field, Carbon County, WY | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 12/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Medicine Bow Field, Carbon County, WY | A | Royalty | J | W | | | | | |
| 19. Battle Mountain Field, Moffat County, CO | A | Royalty | J | W | | | | | |
| 20. Robbers Dog Field, Carbon County, WY | A | Royalty | J | W | | | | | |
| 21. Lost Mahoney Dome Field, Carbon County, WY | A | Royalty | J | W | | | | | |
| 22. Mineral Working Interest, West VA, Logan County | A | Royalty | J | W | | | | | |
| 23. Big Hole Land Bank - Moffat County, CO | A | Royalty | J | W | | | | | |
| 24. Crooks Gap Field, Mineral Int, Fremont County, WY | A | Royalty | J | W | | | | | |
| 25. Vanguard Muni, Bond Fund | C | Dividend | M | T | | | | | |
| 26. Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 27. Windsor Fund | C | Dividend | N | T | | | | | |
| 28. Berkshire Hathaway Inc | A | Dividend | L | T | | | | | |
| 29. Chevron Corporation | A | Dividend | J | T | | | | | |
| 30. Chiquita Brands Intl Inc | A | Dividend | J | T | | | | | |
| 31. Cisco Systems Inc | A | Dividend | J | T | | | | | |
| 32. Dish Network Corp | A | Dividend | K | T | | | | | |
| 33. Echostar Corporation | A | Dividend | J | T | | | | | |
| 34. Freeport McMoran Copper & Gold | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 12/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Intel Corp | A | Dividend | K | T | | | | | |
| 36. BP P L Sponsored ADR | C | Dividend | L | T | | | | | |
| 37. Euro Pacific Growth Fund | B | Dividend | L | T | | | | | |
| 38. Qwest Communications Intl Inc | A | Dividend | J | T | | | | | |
| 39. Great Hall Invtd Fds (Money market funds for Div Reinvestmen | A | Dividend | J | T | | | | | |
| 40. Nonproducing min int Carbon, Fremont, Sweetwater Ctys, WY | | None | J | W | | | | | |
| 41. Nonproducing min int Routt and Moffat County, Colorado | | None | J | W | | | | | |
| 42. QLT | | None | J | T | | | | | |
| 43. Gold American Mining Corp | | None | J | T | | | | | |
| 44. Ultra Petroleum Corp | | None | J | T | | | | | |
| 45. Devon Energy Corporation | | None | J | T | | | | | |
| 46. Bear Creek Mining Corp | | None | | | Sold | 04/05/13 | J | A | |
| 47. Sunoco Inc | | None | J | T | | | | | |
| 48. Transocean Ltd | | None | J | T | | | | | |
| 49. Apache Corp | | None | J | T | | | | | |
| 50. Valero Energy Corp | | None | J | T | | | | | |
| 51. Ensco Intl Ltd | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 12/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Weatherford International | | None | J | T | | | | | |
| 53. Suncor Energy Inc | | None | J | T | | | | | |
| 54. Lone Star Gold Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 12/18/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, line 2 - Chevon listings have been combine - line 53 & 73 in prior year combined with line 2 in current year.

2) Part VII, line 29 - Chevon listings have been combine - line 84 in prior year combined with line 29 in current year.

3) Part VII, line 7 - Keycorp listings have been combine - line 45, 59, 75 & 86 in prior year combined with line 7 in current year.

4) Part VII, line 38 - Qwest Communications Intl Inc listings have been combine - line 40 in prior year combined with line 38 in current year.

5) Part VII, line 6 - International Business Machines Corp listins have been combine - line 22, 23, 24, 26, 43, 55, 74 & 85 in prior year combined with line 6 in current year.

6) Part VII, line 8 - Microsoft Corp listings have been combine - line 44, 52, 69 & 81 in prior year combined with line 8 in current year.

7) Part VII, line 5 - General Electric Co listings have been combine - line 37, 49 & 64 in prior year combined with line 5 in current year.

8) Part VII, line 44 - Ultra Petroleum Corp listings have been combine - line 39 in prior year combined with line 44 in current year.

9) Part VII, line 4 - Exxon Mobil Corp listings have been combine - line 42, 54, 71 & 82 in prior year combined with line 4 in current year.

10) Part VII, line 45 - Devon Energy Corporation listings have been combine - line 68 in prior year combined with line 45 in current year.

11) Part VII, line 47 - Sunoco Inc listings have been combine - line 56, 72 & 83 in prior year combined with line 47 in current year.

12) Part VII, line 14 - Schlumberger Ltd listings have been combine - line 58, 62, 67 & 90 in prior year combined with line 14 in current year.

13) Part VII, line 1 - Century Line Inc listings have been combine - line 76 & 88 in prior year combined with line 1 in current year.

14) Part VII, line 49 - Apache Corp listings have been combine - line 63 & 87 in prior year combined with line 49 in current year.

15) Part VII, line 51 - Ensco Intl Ltd listings have been combine - line 79 & 80 in prior year combined with line 51 in current year.

16) Part VII, line 52 - Weatherford International listings have been combine - line 78 in prior year combined with line 52 in current year.

| Name of Person Reporting | Date of Report |
|---|---|
| BRIMMER, CLARENCE A. | 12/18/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CLARENCE A. BRIMMER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544